*In re* ENMIENDAS AL FORMULARIO PARA SOLICITAR ADMISIÓN POR CORTESÍA AL AMPARO DE LA REGLA 12(F) DEL REGLAMENTO DEL TRIBUNAL SUPREMO.

*Número:* ER-2016-2          *Resuelto:* 26 de mayo de 2016

## RESOLUCIÓN

El 23 de junio de 2015 emitimos una Resolución en la cual enmendamos la Regla 12(f) de nuestro Reglamento, 4 LPRA Ap. XXI-B, para atender las solicitudes de admisión por cortesía con mayor efectividad. *In re Enmda. R. 12(f) Reglamento TS*, 193 DPR 321 (2015). Las enmiendas respondieron al aumento dramático en la cantidad de solicitudes de admisión por cortesía a la práctica de la profesión en nuestra jurisdicción y a que se estaban presentando situaciones que no quedaban atendidas por la normativa vigente en aquel entonces. Además, dispusimos que "[t]oda solicitud de admisión por cortesía deberá tramitarse completando y presentando en la Secretaría del Tribunal el formulario de Solicitud de Admisión por Cortesía, que se hace formar parte de esta Resolución como Anejo". Regla 12(f)(7) del Reglamento del Tribunal Supremo en: *In re Enmda. R. 12(f) Reglamento TS*, supra, pág. 325.

Con el propósito de agilizar el trámite de estas solicitudes, se modifica el formulario para solicitar admisión por cortesía en los acápites siguientes: Caso o Procedimiento; Jurisdicciones en las que la Persona Solicitante ha sido Admitida; Solicitudes Previas de Admisión por Cortesía, y Certificación del Abogado o de la Abogada Endosante. Toda persona que interese ser admitido por cortesía al amparo de la Regla 12(f), *supra*, deberá utilizar el formulario revisado que se aneja a esta Resolución.

Esta enmienda entrará en vigor diez días después de su aprobación y aplicará a todas las peticiones presentadas a partir de su fecha de efectividad.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez y el Juez Asociado Señor Estrella Martínez no intervinieron.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*

## ANEJO

Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Tribunal Supremo de Puerto Rico

| Ex parte | | Admisión por cortesía |
|----------|-----------|------------------------|
| _____ | MC-20____-____ | Regla 12(f)<br>Reglamento del Tribunal<br>Supremo de Puerto Rico |

SOLICITUD DE ADMISIÓN POR CORTESÍA

### I. INFORMACIÓN DE LA PERSONA SOLICITANTE

Nombre:_____

Bufete:_____

Dirección postal:_____

Dirección física:_____

Teléfono:_____

Fax:_____

Correo electrónico:_____

### II. CASO O PROCEDIMIENTO

Provea la siguiente información relacionada al caso o casos, en el cual la persona solicitante desea ser admitida por cortesía. La persona solicitante deberá agrupar los casos para los cuales desea ser admitido por cortesía si concurren las siguientes condiciones: (1) se trata de la misma persona solicitante y del (de la) mismo(a) abogado(a) en-

dosante, y (2) se cancelan los sellos de rentas internas por cada uno de los casos.

Nombre de las partes:_____

Número del caso:_____

Foro:_____

Materia:_____

Parte a quien representa:_____

Nombre del (de la) abogado(a) de la otra parte:_____

Dirección postal o física:_____

Correo electrónico:_____

Nombre de las partes:_____

Número del caso:_____

Foro:_____

Materia:_____

Parte a quien representa:_____

Nombre del (de la) abogado(a) de la otra parte:_____

Dirección postal o física:_____

Correo electrónico:_____

Nombre de las partes:_____

Número del caso:_____

Foro:_____

Materia:_____

Parte a quien representa:_____

Nombre del (de la) abogado(a) de la otra parte:_____

Dirección postal o física:_____

Correo electrónico:_____

Nombre de las partes:_____

Número del caso:_____

Foro:_____

Materia:_____

Parte a quien representa:_____

Nombre del (de la) abogado(a) de la otra parte:_____

Dirección postal o física:_____

Correo electrónico:_____

Nombre de las partes:_____

Número del caso:_____

Foro:_____

Materia:_____

Parte a quien representa:_____

Nombre del (de la) abogado(a) de la otra parte:_____

Dirección postal o física:_____

Correo electrónico:_____

### III. JURISDICCIONES EN LAS QUE LA PERSONA SOLICITANTE HA SIDO ADMITIDA

Mencione todas las jurisdicciones de Estados Unidos de América en las cuales ha sido admitida a ejercer la práctica de la abogacía y adjunte los correspondientes certificados de *good standing* emitidos por el tribunal de mayor jerarquía en cada una de ellas (emitidos dentro de los 90 días previos a la solicitud).

| Jurisdicción | Fecha de admisión | Número de licencia |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### IV. SOLICITUDES PREVIAS DE ADMISIÓN POR CORTESÍA

Provea la siguiente información en torno a las solicitudes de admisión por cortesía que ha presentado en el Tribunal Supremo de Puerto Rico en los pasados 2 años.

| Caso o procedimiento | Núm. Caso TS | Fecha de la solicitud | Fecha de la determinación | Determinación | Estatus del caso (activo/ terminado) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Provea la siguiente información si actualmente está admitida por cortesía en algún caso que no ha concluido y no se encuentra entre los enumerados anteriormente.

| Caso o procedimiento | Núm. Caso TS | Fecha de la solicitud | Fecha de la determinación | Determinación |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

De necesitar más espacio, si ha presentado cinco solicitudes en el último año o si actualmente está admitida por cortesía en cinco casos que todavía no han concluido, deberá anejar un escrito en el cual se discutan los criterios que el Tribunal tomará en consideración al determinar si concede la admisión solicitada, según establecidos en la Regla 12(f)(1). Para determinar si debe presentar este documento, el periodo de un año se computará a partir de la presentación de la solicitud.

¿Alguna jurisdicción estadounidense le ha negado admisión por cortesía dentro de los últimos cinco años?

☐ No
☐ Sí — Indique la jurisdicción y detalle las razones expuestas por la entidad encargada de admitir al ejercicio

de la abogacía para negar su solicitud de admisión por cortesía. No se limite al espacio provisto. Si necesita más espacio, aneje una hoja adicional debidamente identificada y enumerada.

_____

_____

_____

## V. HISTORIAL DE PROCESOS DISCIPLINARIOS

Conteste las siguientes preguntas. De contestar sí en alguna de ellas, explique. No se limite al espacio provisto. Si necesita más espacio, aneje una hoja adicional debidamente identificada y enumerada.

¿Alguna autoridad disciplinaria competente ha iniciado algún proceso disciplinario en su contra en cualquiera de las jurisdicciones a las que está admitido dentro de los últimos cinco años?

☐ No
☐ Sí (explique)

¿Actualmente es objeto de algún procedimiento por alegada conducta antiética ante alguna jurisdicción?

☐ No
☐ Sí (explique: la agencia u organismo promovente, número del caso, las causas y el estado actual del procedimiento)

_____

_____

_____

¿Alguna vez ha sido disciplinado(a) o suspendido(a) de la práctica de la abogacía en alguna jurisdicción?

☐  No

☐  Sí (explique: la agencia u organismo promovente, número del caso y las causas del procedimiento)

_____

_____

_____

## VI. Información del abogado o de la abogada endosante

Provea la siguiente información en torno al (a la) abogado(a) del foro puertorriqueño con quien se asociará para fines del caso o procedimiento para el cual solicita admisión.

Nombre:_____

Número del RUA:_____

Bufete:_____

Dirección postal:_____

Dirección física:_____

Teléfono:_____

Fax:_____

Correo electrónico:_____


## VII. Sellos de rentas internas

Identifique la opción que corresponda. Si solicita que se le exima del pago de sellos de rentas internas, deberá adjuntar el documento que lo acredite.

☐  Se adjuntan sellos de rentas internas con valor de $800.

☐  Se solicita que se exima del pago de sellos de rentas internas por tratarse de un caso pro bono.

☐  Se solicita que se exima del pago por existir justa causa. (Adjunte una declaración en la cual acredite la existencia de justa causa para la exención).

## VIII. Certificación de la persona solicitante
## CERTIFICO QUE:

1. Me someto a la jurisdicción disciplinaria del Tribunal Supremo de Puerto Rico y que asumo responsabilidad ante el o la cliente y el foro.
2. Estoy familiarizado(a) con las reglas procesales y éticas del foro.
3. No estoy suspendido(a) o desaforado(a) de la práctica de la abogacía en ninguna jurisdicción
4. Actualizaré de manera continua la información aquí provista en caso de que varíe.
5. A mi mejor juicio, la información provista es cierta y correcta.

A _____ de _____ de 20 _____.

_____

Firma de la persona solicitante

_____

Número de licencia

## IX. Certificación del abogado o de la abogada endosante
## CERTIFICO QUE:

1. Soy un(a) abogado(a) admitido(a) y en *good standing* en Puerto Rico.
2. La persona solicitante está capacitada para postular como abogado(a) en el caso correspondiente.
3. La persona solicitante incluyó los certificados expedidos, dentro del término provisto, por el más alto foro de cada una de las jurisdicciones de Estados Unidos en las cuales está admitido(a) y no está desaforado(a) o suspendido(a) de jurisdicción alguna.

4. Consiento a que se me designe como abogado(a) de récord del caso junto con la persona solicitante.

5. Asumo, junto a la persona solicitante, responsabilidad ante el o la cliente y el foro.

6. A mi mejor juicio, la información provista es cierta y correcta.

7. Este mismo día le notificaré una copia de la solicitud de admisión por cortesía sellada con fecha y hora de presentación a la (al) abogada(o) de la otra parte en el caso para el cual se solicita la admisión. En caso de no conocer el nombre del (de la) abogado(a) de la parte contraria al presentar la solicitud, complementaré la misma tan pronto tenga dicha información, mediante moción informativa.

A _____ de _____ de 20 _____.

_____
Firma del (de la) abogado(a) endosante

_____
Número de RUA